JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUNDRE GRICE, | Case No. 2:20-CV-08093-AB (PLAx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| TRANSDEV SERVICES, INC. and DOES 1 to 25, inclusive, | |
| Defendants. | |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **35 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 30, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.